**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,   :   No. 399 EAL 2016
                                           :
              Respondent          :
                                           :   Petition for Allowance of Appeal from
                                         :   the Order of the Superior Court
                  v.                  :
                                           :
                                         :
RAHUL HARRIS,                   :
                                         :
             Petitioner          :


## ORDER


**PER CURIAM**

      **AND NOW**, this 22nd day of February, 2017, the Petition for Allowance of Appeal

is **DENIED**.